IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                      CHAPTER 13 CASE
                                                                                 NO. 09-30612-DHW

SHARON D. ROBINSON,
XXX-XX-8654

       **Debtor(s).**

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE OF THIS OBJECTION.**

## TRUSTEE'S OBJECTION TO SECURED STATUS OF CLAIM

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to Court Claim #1 (Trustee Claim #2) filed in the above-referenced Chapter 13 case by Beneficial Management Corp., and as grounds for said objection states as follows:

> The debtor has listed the creditor as an unsecured creditor for a judgment. The creditor filed a secured claim contending they are entitled to secured status, but the judgment attached to the proof of claim does not reflect that it was recorded. Rule 3001(d) provides "if a security interest in property of the debtor is claimed, the proof of claim shall be accompanied by evidence that the security interest has been perfected." It is the Trustee's contention that this claim is due to be paid unsecured in that the creditor has not provided proof of a perfected security interest as required by Rule 3001(d) of the <u>Federal Rules of Bankruptcy Procedure</u>.

WHEREFORE, the Trustee objects to the secured status of Court Claim #1 of Beneficial Management Corp., and moves this Honorable Court to reclassify the claim from its current secured status, but allow the creditor's claim as unsecured to be paid pursuant to the terms of the debtor(s) confirmed plan.

Respectfully submitted this 10th day of February 2010.

Curtis C. Reding  
Standing Chapter 13 Trustee  

By:    /s/   Sabrina L. McKinney  
       Sabrina L. McKinney  
       Staff Attorney  
       ASB-3162-I71S

Office of the Chapter 13 Trustee  
166 Commerce St., Ste. 202  
P. O. Box 173  
Montgomery, AL 36101-0173  
Phone: 334-262-8371  
Fax: 334-834-7635  
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO SECURED STATUS OF CLAIM has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 10th day of February 2010.

                                                /s/   Sabrina L. McKinney  
                                                Sabrina L. McKinney

Sharon D. Robinson  
326 Dee Drive  
Montgomery, AL 36108

Richard D. Shinbaum *(electronic filing)*

Beneficial  
P.O. Box 10640  
Virginia Beach, VA 23450

Beneficial/HFC  
P.O. Box 1547  
Chesapeake, VA 23327